

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CAHN NGUYEN,

       Plaintiff,                        Civil No. 08-590-MA

     v.                                          JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

       Defendant.

Based on the record and the order filed herewith,

IT IS ORDERED that this matter is remanded to the Commissioner of Social Security, pursuant to Sentence Six of 42 U.S.C. § 405(g), for further administrative proceedings, as set forth in the order.

    Dated this __14__ day of August, 2008.

                                          /s/ Malcolm F. Marsh
                                          Malcolm F. Marsh
                                          United States District Judge

1 - JUDGMENT