IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

CANH NGUYEN                                              CV 08-590-MA

          Plaintiff,                                     JUDGMENT

v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

          Defendant.

     Based on the record, and the Opinion and Order filed

herewith, the final decision of the Commissioner is REVERSED.

Defendant's Motion to Remand (#37) is DENIED.  This matter is

REMANDED for the payment of benefits.

     IT IS SO ORDERED.

     DATED this  28   day of January, 2010.


                              /s/  Malcolm F. Marsh
                              Malcolm F. Marsh
                              United States District Judge


1-JUDGMENT