UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

FILED 01 JUL '11 11:24 USDC-ORP

**CANH NGUYEN,**

    Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**COMMISSIONER of Social Security,**

    Defendant.

CV # 08-590-MA

ORDER FOR 406(b) FEES

Based upon Plaintiff's Unopposed Motion and Memorandum, and accompanying documentation, it is hereby ordered that attorney's fees, pursuant to 42 U.S.C. § 406 (b), in the amount of $19,552.75, shall be awarded to Plaintiff's attorney, and mailed to Plaintiff's attorney as follows:

**Richard A. Sly, Attorney at Law**
**1001 S.W. 5th Avenue, Suite 310**
**Portland, OR 97204**

Plaintiff's attorney will refund the previously received EAJA award to the claimant.

DATED this ___ day of July, 2011.

                                                HON. MALCOLM A. MARSH
                                                UNITED STATES DISTRICT JUDGE

Presented by:
/s/   Linda Ziskin
**LINDA ZISKIN,** OSB # 011067
(503) 889-0472
 Of Attorneys for Plaintiff

PROPOSED ORDER FOR 406(b) FEES